IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| FREE SPEECH COALITION, *et al.*, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA, <br><br> Defendant-Appellant. | No. 13-3799 <br> (cross-appeal <br> in No. 13-3681) |

APPELLANT'S MOTION TO DISMISS CROSS-APPEAL
WITH PREJUDICE

Pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, appellant Attorney General of the United States hereby moves to dismiss his appeal, No. 13-3799, with prejudice, the parties to bear their own costs on appeal. The appeal is a cross-appeal from the judgment also on appeal in No. 13-3681.

        Respectfully submitted,

        SCOTT R. MCINTOSH
        (202) 514-4052

        **/s/ Anne Murphy**
        ANNE MURPHY
        (202) 514-3688
          Attorneys, Appellate Staff
          Civil Division
          U.S. Department of Justice
          950 Pennsylvania Ave., N.W.
          Room 7644
          Washington, D.C.  20530

OCTOBER 2013

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2013, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system.

I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

                                              **s/Anne Murphy**
                                              ANNE MURPHY